IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARRYL LANGERSTON, | : | No.: 4:13-CV-1385 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| JEROME W. WALSH, *et. al.,* | : | |
| Defendants. | : | |

# **ORDER**

And now, this 25th day of September 2017, having conducted a *de novo* review, and no opposition having been filed in response to the report and recommendation of the magistrate judge **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Karoline Mehalchick's July 17, 2017 Report and Recommendation, ECF No. 71, is ADOPTED in full.

2. Defendants' Motion for Summary Judgment is GRANTED. November 9, 2016, ECF No. 65.

3. Final Judgment is entered in favor of Defendants and against Plaintiff.

4. The Clerk is directed to close the case file.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge